1
2
3                                                                O
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   ROBERT LACAMBRA,                    Case No. 8:21-cv-01563-CAS-KES
12          Plaintiff,
13      v.                               ORDER ACCEPTING REPORT AND
                                         RECOMMENDATION OF U.S.
14   REPUBLIC OF THE PHILIPPINES,        MAGISTRATE JUDGE
15   et al.,
16          Defendants.
17
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the
20   records and files herein, along with the Report and Recommendation of the United
21   States Magistrate Judge.  Further, the Court has engaged in a de novo review of
22   those portions of the Report and Recommendation to which objections have been
23   made.  The Court accepts the findings, conclusions, and recommendations of the
24   United States Magistrate Judge.
25   //
26   //
27   //
28

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing the

2  Complaint without leave to amend for lack of jurisdiction.

3

4  DATED: December 2, 2021

5                                    CHRISTINA A. SNYDER
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28