1
2
3                                                                          J S - 6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11    ROBERT LACAMBRA,                          Case No. 8:21-cv-01563-CAS-KES
12              Plaintiff,
13         v.                                    **JUDGMENT**
14    REPUBLIC OF THE PHILIPPINES,
15    et al.,
16              Defendants.
17
18
19         Pursuant to the Court's Order Accepting Report and Recommendation of U.S.
20    Magistrate Judge,
21         IT IS ADJUDGED that the Complaint and entire action is dismissed for lack
22    of jurisdiction.
23
24    DATED: December 2, 2021        _____
25                                   *Christine A. Snyd*
                                     CHRISTINA A. SNYDER
26                                   UNITED STATES DISTRICT JUDGE
27
28